McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON VAMPOLA, individually, | Case No. 2:22-cv-00212-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, dba GEICO; DOE INDIVIDUALS 1-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | ECF No. 24 |
| Defendants. | |

   IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending motions with the Court are withdrawn as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00212-JAD-DJA

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Ron Vampola v. GEICO</u>
Case No. 2:22-cv-00212-JAD-DJA

Each party will bear their own costs and attorneys' fees.

Dated: July 19, 2022                                     RICHARD HARRIS LAW FIRM

By:     /s/ Ian C. Estrada
Ian C. Estrada, Esq.
Nevada Bar No. 12575
Attorneys for Plaintiff

Dated: July 19, 2022                                     McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:     /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Attorneys for Defendant

### **ORDER**

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 19, 2022

8416321.1